In re HENDRICKS. (Supreme Court, Appellate Division, First Department. October 16, 1914.) In the matter of Harmon Hendricks. No opinion. Motion denied, with $10 costs. Order filed.

HENNING, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by Alfred C. Henning against the Brooklyn Heights Railroad Company. No opinion. Judgment and order affirmed, with costs.

HENRY, Appellant, v. CHAS. WEISBECK-ER, Respondent. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Ambrosia M. Henry, as administratrix, etc., against Charles Weisbecker, a domestic corporation. T. H. Beardsley, of New York City, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HERMAN v. LELAND. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by James S. Herman against Francis L. Leland. No opinion. Motion denied, with $10 costs. Order filed. See, also, 80 Misc. Rep. 598, 142 N. Y. Supp. 664.

HERRINGTON, Respondent, v. DAVITT et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by Etta F. Herrington against Ida Akin Davitt and another, as executors, etc. No opinion. Judgment (145 N. Y. Supp. 452) unanimously affirmed, with costs.

HIGGINS v. ALWOLD REALTY CO., et al. (Supreme Court, Appellate Division, First Department. November 6, 1914.) Action by Eugene Higgins against the Alwold Realty Company and another. S. Bacon, of New York City, for plaintiff. D. L. Podell, of New York City, for defendants. No opinion. Exceptions overruled, and judgment ordered for plaintiff on verdict, with costs. Settle order on notice. See, also, 147 N. Y. Supp. 1116.

In re HILDEBRAND. (Supreme Court, Appellate Division, Third Department. September 9, 1914.) In the matter of the application of John Hildebrand to remove John E. Cole, as commissioner, etc. No opinion. Final order and judgment unanimously affirmed, with costs to the respondent.

HILL, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. October 23, 1914.) Action by George Hill against the City of New York. G. Hill, of New York City, for appellant. C. J. Nehrbas, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HIMOWICH v. LEE. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Nathan Himowich against Katherine A. Lee. No opinion. Motion granted, with $10 costs. Order filed.

HIRSCH, Respondent, v. HURWITZ, Appellant. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by Ella Hirsch against Walter C. Hurwitz. M. Schleimer, of New York City, for appellant. H. S. Bandler, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HOFFMAN et al., Respondents, v. DELAWARE & H. CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 9, 1914.) Action by Frank G. Hoffman and another, as administrators de bonis non of Joseph Hudson, deceased, against the Delaware & Hudson Company. No opinion. Motion granted. See, also, 148 N. Y. Supp. 509.

HOLBROOK, Respondent, v. FLUMER-FELT et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 23, 1914.) Action by Susan K. Holbrook against Edwin N. Flumerfelt and another. No opinion. Judgment and order unanimously affirmed, with costs.

HOLLAND, Respondent, v. GRAGNANO, Appellant. (Supreme Court, Appellate Division, Second Department. October 2, 1914.) Action by Frank Holland against Gennaro Gragnano. No opinion. Order unanimously affirmed, with costs. See, also, 158 App. Div. 904, 142 N. Y. Supp. 1122.

HOOD, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 9, 1914.) Action by Henry E. Hood against the New York Central & Hudson River Railroad Company. No opinion. Judgment unanimously affirmed, with costs. Rehearing denied, 149 N. Y. Supp. 262.

HORNING, Respondent, v. BEADLESTON & WOERZ, Appellants. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by Ewald Horning, as administrator, etc., against Beadleston & Woerz. No opinion. Judgment and order unanimously affirmed, with costs.